IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02927-KLM

BRIANA BOYD,

      Plaintiff,

v.

MYXED UP CREATIONS, INC., and
MYXED UP CREATION I, LLC

      Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the parties' **Stipulation for Dismissal With Prejudice** [#37] ("Stipulation"). Fed. R. Civ. P. 41(a)(1)(A)(ii) provides that a plaintiff may voluntarily dismiss an action "without a court order by filing: . . . a stipulation of dismissal signed by all parties who have appeared."

      Because the Stipulation is signed by counsel for all parties of record who have stipulated to dismiss with prejudice,

      IT IS HEREBY **ORDERED** that this case is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of Court shall close this case.

      Dated: August 17, 2020